# Order

Michigan Supreme Court
Lansing, Michigan

March 3, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

149306

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

DEMARCO LAMONT HENDERSON,
          Defendant-Appellant.

SC:  149306
COA:  319863
Wayne CC:  12-011536-FC

_____/

On order of the Court, the application for leave to appeal the March 28, 2014 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 3, 2015



Clerk

s0223